IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Carson, Etta M | Case Number: 06 B 06866 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/11/08 | Filed: 6/13/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 30, 2008
Confirmed: September 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 9,900.00 | |
| Secured: | | 6,337.19 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,039.00 |
| Trustee Fee: | | 523.81 |
| Other Funds: | | 0.00 |
| Totals: | 9,900.00 | 9,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 715.00 | 715.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,324.00 | 2,324.00 |
| 3. | Nationwide Acceptance Corp | Secured | 150.12 | 600.00 |
| 4. | CollisionCraft | Secured | 1,000.00 | 828.61 |
| 5. | United Auto Credit | Secured | 9,687.52 | 4,908.58 |
| 6. | RoundUp Funding LLC | Unsecured | 46.96 | 0.00 |
| 7. | Nationwide Acceptance Corp | Unsecured | 2,178.71 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 476.25 | 0.00 |
| 9. | United Auto Credit | Unsecured | 0.25 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 222.74 | 0.00 |
| 11. | West Asset Management | Unsecured | | No Claim Filed |
| 12. | Account Recovery Service | Unsecured | | No Claim Filed |
| 13. | Chase Bank | Unsecured | | No Claim Filed |
| 14. | Chicago Family Health Center | Unsecured | | No Claim Filed |
| 15. | CollisionCraft | Unsecured | | No Claim Filed |
| 16. | Comcast | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | CBCS | Unsecured | | No Claim Filed |
| 19. | Consolidated Communications | Unsecured | | No Claim Filed |
| 20. | Evergreen Finance | Unsecured | | No Claim Filed |
| 21. | SBC | Unsecured | | No Claim Filed |
| 22. | Pay Day Loans | Unsecured | | No Claim Filed |
| 23. | US Cellular | Unsecured | | No Claim Filed |
| 24. | Credit Protection Association | Unsecured | | No Claim Filed |
| | | | $ 16,801.55 | $ 9,376.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Carson, Etta M

Printed: 11/11/08

Case Number:  06 B 06866
Judge:  Goldgar, A. Benjamin
Filed:  6/13/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 23.68 |
| 4.8% | 150.07 |
| 5.4% | 291.56 |
| 6.5% | 58.50 |
|  | $ 523.81 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

